# United States District Court
## District of Minnesota

| | |
|---|---|
| Patricia and LeRoy Longs,<br><br>    Plaintiffs,<br><br>v.<br><br>MCC Group, Inc.; and<br>Steve Hill,<br><br>    Defendants. | Court file no. 0:09-cv-00849-PAM-JSM<br><br>**Order of Dismissal<br>with Prejudice** |

The court having been advised that the above action has been resolved,

**It is hereby ordered** that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, disbursements, or attorney fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**Let judgment be entered accordingly.**


Date:  May 12, 2009                                      s/Paul A. Magnuson
                                                         Paul A. Magnuson, Judge
                                                         *United States District Court*